IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DUSTIN HALLMARK, a minor, by      }
and through his mother and        }
next friend, TINA HALLMARK,       }
                                  }    CIVIL ACTION NO.
     Plaintiff,                   }
                                  }    CV-00-AR-2368-S
v.                                }
                                  }
UNITED STATES OF AMERICA,         }
                                  }
     Defendant.                   }

FILED
01 NOV 27 AM 10: 44
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
NOV 27 2001

## MEMORANDUM OPINION

The court has before it the motion of defendant, United States of America, to exclude the testimony of Michael S. Radetsky, a medical doctor offered by plaintiff as an expert on causation, which is an important issue, if not the central issue, in the above-entitled case. This court does not want to be misinterpreted when, by separate order, it denies defendant's motion. There is a difference, however slight, between this court's role as gatekeeper under *Daubert* and its role as ultimate factfinder in a non-jury case in which the comparative credibility of opposing experts must be assessed. At this juncture, the court has no hesitancy in allowing Dr. Radetsky, who has the requisite credentials under *Daubert*, to express an opinion which has the degree of rationality required by *Daubert*.

Likewise, plaintiff's motion to strike the opinion testimony of defendant's expert, Elias Chalub, and/or sanctions, will be



denied by separate order. This denial is without prejudice to a possible imposition of a lesser sanction than not allowing Dr. Chalub to testify after the court views the video taped deposition of Dr. Chalub.

DONE this 27th day of November, 2001.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　WILLIAM M. ACKER, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE